|   |   |   |
|---|---|---|
| 1 | JOHN S. BLACKMAN (Cal. SBN 114654) | ** E-filed August 22, 2011 ** |
| 2 | DONALD F. FARBSTEIN (Cal. SBN 023113)<br>MICHAEL A. FARBSTEIN (Cal. SBN 107030) | |
|   | FARBSTEIN & BLACKMAN, APC | |
| 3 | 411 Borel Avenue, Suite 425<br>San Mateo, CA 94402-3518 | |
| 4 | Tel.: 650-554-6200 | |
|   | Fax: 650-554-6240 | |
| 5 | E-Mail: jsb@farbstein.com | |
|   | dff@farbstein.com | |
| 6 | maf@farbstein.com | |

BARBARA L. LYONS (Cal. SBN 173548)
80 El Camino Real, Unit D
Burlingame, CA 94010
Tel: 650-558-9427
E-Mail: bllyons@gmail.com

Attorneys for Defendant
STOUGHTON DAVIDSON
ACCOUNTANCY CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BANK OF MONTREAL, individually and as Administrative Agent,<br><br>    Plaintiff,<br><br>vs.<br><br>STOUGHTON DAVIDSON ACCOUNTANCY CORPORATION,<br><br>    Defendant. | Case No. 5:11-cv-03245-HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Complaint Filed:  June 30, 2011<br>Trial Date:  Not Set |

1

All parties to this action hereby stipulate and request as follows:

WHEREAS,

1. Plaintiff in this action is BANK OF MONTREAL, individually and as Administrative Agent. Defendant herein is STOUGHTON DAVIDSON ACCOUNTANCY CORPORATION;

2. The Complaint in this case was filed on June 30, 2011. [Document 1] Plaintiff granted one extension of time for Defendant to file an answer or otherwise respond to the Complaint herein, from August 2, 2011 to August 15, 2011, notice of which was filed on July 18, 2011. [Doc 12-2] Plaintiff's counsel has informally granted Defendant another short extension of time to file an answer or first response, through Friday, August 19, 2011.

3. The parties have been engaged in direct, unfacilitated settlement negotiations through counsel over the past few months. The parties have now agreed to formally mediate their dispute using the services of a third party neutral mediator, and they have agreed to submit to the US District Court, Northern District Mediation Program.

4. In order to facilitate the mediation process and increase the chances of a successful resolution of the claim before litigation begins in earnest, before dispositive or other motions are filed and heard, and before the efforts of the Court are needed, the parties seek the permission of the Court to continue the initial Case Management Conference (currently scheduled for September 13, 2011) and to continue the other related deadlines accordingly. [See Order Setting Initial Case Management Conference and ADR Deadlines, Doc 7]

5. The Parties hereto have also discussed the fact that Defendant has planned to

2

STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

make a motion under FRCP 12(b)(3) for change of venue from the Northern District to the Eastern District of this Court, and a real party in interest/necessary party motion under Rule 17 and/or Rule 19. The parties hereto expressly agree that this Stipulation and the parties' agreement to participate in the Northern District Mediation Program shall not constitute, nor shall it be construed as or operate as, a waiver of any of Defendant's rights herein, including the right to file any such jurisdictional or other initial motions at the outset of this case, and Defendant expressly reserves the right to file such motion or motions as its first response to the Complaint on file herein. The parties further agree that nothing in this Stipulation shall be construed as or operate as a waiver of any rights, remedies, claims, causes of actions or defenses of Bank of Montreal herein.

BASED ON THE FOREGOING, the Parties hereby stipulate and request that the Court grant them the following relief:

1. That the Case Management Conference, currently scheduled in this case as follows [see Doc 7], be continued as follows, or to a date in the future at the discretion of the court:

| Current CMC Date | Proposed New CMC Date |
|---|---|
| September 13, 2011 | December 13, 2011 |

2. The parties further request that the other deadlines provided for in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly. The Parties hereto agree and suggest the following new deadlines:

| Current Date(s) | Event | Proposed New Due Date(s) |
|---|---|---|
| 8/23/2011 | Last Day to:<br>Meet and confer re Early Settlement and ADR Process selection | 9/6/2011 |

3

STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

| | | |
|---|---|---|
| | Meet and confer re Initial Disclosures and Discovery Plan | 11/22/2011 |
| | File ADR Certification Form Signed by parties and Counsel | 9/6/2011 |
| | File Stipulation to ADR Process | 9/6/2011 |
| 9/6/2011 | Last day to file Rule 26(f) Report, Complete initial disclosures or State objection in Rule 26(f) Report and file Case Management Statement | 12/6/2011 |
| 9/13/2011 | Initial Case Management Conference (in Courtroom 2, 5th Floor, San Jose, at 1:00 p.m.) | 12/13/2011 |
| 8/19/2011 | Last day for Defendant to file Answer or Response to Complaint | 12/6/2011 |

SO STIPULATED.

Dated: 8/16/11

CHAPMAN AND CUTLER LLP

TODD R. DRESSEL, ESQ.
Attorneys for Plaintiff Bank of Montreal, Individually and as Administrative Agent

Dated: 8/16/11

FARBSTEIN & BLACKMAN, APC

JOHN S. BLACKMAN, ESQ.
Attorney for Defendant Stoughton Davidson Accountancy Corporation

///

///

4

STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1  ORDER
2
3       Based on the foregoing stipulation and being in the interests of justice, the Court
4  orders the following changes to its current scheduling order [Doc 7]:
5
6  <u>Current Date(s)</u>      <u>Event</u>                                    <u>New Due Date(s)</u>
7  9/13/2011              Case Management Conference              12/13/2011
8                                                                 [~~or~~ _____]
9  8/23/2011              Last Day to:
10                         Meet and confer re Early
                           Settlement and ADR
11                         Process selection                       9/6/2011
12                                                                 [~~or~~ _____]
13                         Meet and confer re Initial
                           Disclosures and Discovery Plan          11/22/2011
14
15                                                                 [~~or~~ _____]
                           File ADR Certification Form
16                         Signed by parties and Counsel           9/6/2011
17                                                                 [~~or~~ _____]
18                         File Stipulation to ADR Process         9/6/2011
19                                                                 [~~or~~ _____]
20  9/6/2011               Last day to file Rule 26(f) Report,
                           Complete initial disclosures or
21                         State objection in Rule 26(f)
                           Report and file Case
22                         Management Statement                    12/6/2011
23                                                                 [~~or~~ _____]
24  9/13/2011              Initial Case Management
                           Conference (in Courtroom 2,
25                         5th Floor, San Jose, at 1:00 p.m.)   12/13/2011
26                                                                 [~~or~~ _____]
27  8/19/2011              Defendant's Answer or First
                           Response to Complaint                   12/6/2011
28
                                              5
                                                  STIPULATION AND ~~PROPOSED~~ ORDER RE
                                                  CONTINUANCE OF INITIAL CASE
                                                  MANAGEMENT CONFERENCE AND
                                                  RELATED DEADLINES

1
2   SO ORDERED.
3
4   Dated: August 22, 2011

[or _____]



HOWARD R. LLOYD
United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER RE
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE AND
RELATED DEADLINES