**\*\* E-filed November 29, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANK OF MONTREAL, individually and as Administrative Agent,<br><br>        Plaintiff,<br>  v.<br>STOUGHTON DAVIDSON ACCOUNTACY CORPORATION,<br><br>        Defendant.<br>_____/ | No. C11-03245 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>**[Re: Docket No. 21]** |

      The court is informed that the parties have reached a settlement. Accordingly, all pending case management appearances are vacated. On or before **January 3, 2012**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed, all parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, CA 95113 on **January 10, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **January 3, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed, the Show Cause hearing will be automatically vacated and no statement will be required.

      **IT IS SO ORDERED.**

Dated: November 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C11-03245 HRL Notice will be electronically mailed to:**

2  James E. Spiotto  spiotto@chapman.com
   Scott A. Lewis  slewis@chapman.com
3  Todd Joseph Dressel  dressel@chapman.com
   John Somers Blackman  jsb@farbstein.com
4

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2